## EX PARTE STREET McCARTY.

No. 9901. Delivered November 18, 1925.

**Habeas Corpus—Writ Denied.**

Appellant is confined in the penitentiary for a term of five years, under a conviction in Wichita County, for robbery. This writ is presented in this court seeking relief under the indeterminate sentence law, Art. 775, Stats. 1925. Five years being the minimum punishment for robbery, and relator having been awarded that penalty on his trial, the indeterminate sentence law has no application to his case, and the writ is denied.

An original application for a writ of habeas corpus, complaining of a conviction in Walker County. From a conviction of robbery, penalty four years in the penitentiary.

No brief filed by appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Relator is confined in the penitentiary under a judgment of the District Court of Wichita County condemning him to the penitentiary for five years upon a conviction for the offense of robbery. He seems to think he has been deprived of some rights under the provisions of Art. 865a Vernon's C. C. P. (Art. 775, 1925 Revision), relating to indeterminate sentences, and presents his application to this Court praying for a writ of habeas corpus.

The minimum punishment for the offense of robbery is confinement in the penitentiary for five years. Relator was

awarded the lowest penalty, hence the indeterminate sentence law has no application.

The writ is denied.

*Writ denied.*